**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| American Civil Liberties Union and<br>the American Civil Liberties Union Foundation,<br>125 Broad Street- 18th Floor<br>New York, New York 10004<br><br>                    Plaintiffs,<br><br>        v.<br><br>United States Coast Guard,<br>2703 Martin Luther King Jr. Avenue, SE<br>Washington, D.C. 20593<br><br>                    Defendant. | Civil Action No. 1:19-cv-01388 |

## **CERTIFICATE RULE LCvR 26.1**

I, the undersigned, certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries, or affiliates of the American Civil Liberties Union or the American Civil Liberties Union Foundation that have any outstanding securities in the hands of the public. These representations are made in order that judges of this Court may determine the need for recusal.

                                                                                 Attorney of Record

                                                                                 */s/ Jonathan Hafetz*

Dated: May 14, 2019                                      Jonathan Hafetz (D.C. Bar No. NY0251)
                                                                       American Civil Liberties Union Foundation
                                                                       125 Broad Street, 18th Floor
                                                                       New York, New York 10004
                                                                       Tel: 212-284-7319
                                                                       Fax: 212-549-2654
                                                                       jhafetz@aclu.org