# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES COAST GUARD,<br><br>*Defendant*. | Civil Action No. 19-1388 (KBJ) |

## ANSWER

Defendant, the United States Coast Guard ("Defendant" or "the Coast Guard"), by and through undersigned counsel, respectfully files this Answer to the Complaint for Injunctive Relief ("Complaint") filed by Plaintiffs the American Civil Liberties Union and the American Civil Liberties Union Foundation (collectively, "Plaintiffs").

To the extent the Complaint refers to or quotes from external documents, statutes, or other sources, Defendant may refer to such materials for their accurate and complete contents in response; however, Defendant's references are not intended to be, and should not be construed to be, an admission that the cited materials: (a) are correctly cited or quoted by Plaintiffs; (b) are relevant to this, or any other, action; (c) are admissible in this, or any other, action. Defendant expressly denies all of the allegations in the Complaint that are not specifically admitted or otherwise qualified in this Answer. Defendant answers the Complaint in like numbered paragraphs as follows:

1. Defendant admits that Plaintiffs purport to bring this lawsuit pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. The remainder of this paragraph consists of Plaintiffs' characterizations of this action to which no response is required.

2. The allegations contained in this paragraph do not set forth a claim for relief or allege facts in support of a claim to which a response is required.

3. The Coast Guard is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, concerning the content of unidentified "[m]edia reports and court transcripts," and on that basis denies the allegations. Defendant avers that any such documents speak for themselves and are the best evidence of their contents.

4. Defendant admits that Plaintiffs purport to bring this lawsuit pursuant to the FOIA. The remainder of this paragraph concerns Plaintiffs' request for relief to which no response is required.

5. Admitted.

## JURISDICTION AND VENUE[1]

6. This paragraph consists of legal conclusions to which no response is required.

7. This paragraph consists of legal conclusions to which no response is required.

## PARTIES

8. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and on that basis denies the allegations.

9. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and on that basis denies the allegations.

---

[1] Merely for ease of reference, Defendant replicates the headings contained in the Complaint. Although Defendant believes that no response is required to such headings, to the extent a response is deemed required and to the extent those headings could be construed to contain factual allegations, those allegations are denied.

10. Admitted.

## THE ACLU's FOIA REQUEST

11. Admitted.

12. This paragraph consists of Plaintiffs' characterizations of this action to which no response is required.

13. This paragraph consists of Plaintiffs' characterizations of this action to which no response is required.

14. Admitted.

15. Admitted.

## THE COAST GUARD'S RESPONSE

16. Admitted.

17. Defendant admits that the only response the Coast Guard has provided to date to Plaintiffs is an e-mail dated April 11, 2019, which speaks for itself and is the best evidence of its contents.

18. Admitted.

## CAUSES OF ACTION

19. Denied.

20. Denied.

21. Denied.

22. Denied.

23. Denied.

## REQUESTED RELIEF

The remainder of Plaintiffs' Complaint consists of an unnumbered wherefore clause that sets forth Plaintiffs' prayer for relief, to which no response is required, but insofar as a response is

deemed required, Defendant denies that Plaintiffs are entitled to the relief requested or to any relief whatsoever.

## DEFENSES

Defendant reserves the right to amend, alter, and supplement the defenses contained in this Answer as the facts and circumstances giving rise to the Complaint become known to Defendant through the course of this litigation.

## FIRST DEFENSE

Plaintiffs' Complaint fails to state a claim upon which relief may be granted.

## SECOND DEFENSE

Certain of the information sought by Plaintiffs is exempt from release under one or more of the exemptions of the FOIA.

## THIRD DEFENSE

Plaintiffs are neither eligible for nor entitled to attorneys' fees or costs.

## FOURTH DEFENSE

The Court lacks jurisdiction to award relief that exceeds that authorized by the FOIA.

Dated: June 27, 2019                                    Respectfully submitted,

                                                              JESSIE K. LIU, D.C. Bar No. 472845
                                                              United States Attorney

                                                              DANIEL F. VAN HORN, D.C. Bar No. 924092
                                                              Chief, Civil Division

                                                 By: */s/ Katherine B. Palmer-Ball*
                                                              KATHERINE B. PALMER-BALL
                                                             D.C. Bar No. 1014003
                                                             Assistant United States Attorney
                                                             555 Fourth Street, N.W.
                                                             Washington, D.C. 20530
                                                             Phone: (202) 252-2537
                                                             Fax: (202) 252-2599
                                                             katherine.palmer-ball@usdoj.gov

                                                             *Counsel for Defendant*