UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES COAST GUARD, <br><br> *Defendant*. | Civil Action No. 19-1388 (KBJ) |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order entered on June 28, 2019, Plaintiffs the American Civil Liberties Union and the American Civil Liberties Union Foundation ("Plaintiffs") and Defendant the United States Coast Guard ("Defendant") respectfully provide the Court with the following Joint Status Report and proposed schedule for disclosure.

1. On May 14, 2019, Plaintiffs filed a Complaint seeking to compel Defendant to disclose documents requested pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, *et seq.*  *See* ECF No. 1.

2. On June 27, 2019, Defendant filed an Answer responding to Plaintiffs' Complaint. *See* ECF No. 13.

3. Defendant is currently processing information located in response to Plaintiffs' FOIA request.  Defendant intends to complete its response to Plaintiffs' FOIA request by August 2, 2019.

4. In light of this proposed schedule, the parties suggest that their next status report be due on or before September 6, 2019, so the parties can report to the Court on the status of this matter, including a recommendation for further proceedings. Should issues arise earlier that necessitate the Court's intervention, the parties will file a status report at that time.

Dated: July 12, 2019                    Respectfully submitted,

*/s/ Steven M. Watt*
Steven M. Watt
Dror Ladin (D.C. Bar No. NY0277)
Jonathan Hafetz (D.C. Bar No. NY0251)
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, New York 10004
Tel: 212-549-2500
Fax: 212-549-2654
swatt@aclu.org
dladin@aclu.org
jhafetz@aclu.org

Arthur B. Spitzer (D.C. Bar No. 235960)
American Civil Liberties Union of the District of Columbia
915 15th Street, NW, 2nd Floor
Washington, DC 20005
Tel: 202-457-0800
aspitzer@acludc.org

*Counsel for Plaintiffs*

        JESSIE K. LIU, D.C. Bar No. 472845
        United States Attorney

        DANIEL F. VAN HORN, D.C. Bar No. 924092
        Chief, Civil Division

By: */s/ Katherine B. Palmer-Ball*
        KATHERINE B. PALMER-BALL
        D.C. Bar No. 1014003
        Assistant United States Attorney
        555 Fourth Street, N.W.
        Washington, D.C. 20530
        Phone: (202) 252-2537
        Fax: (202) 252-2599
        katherine.palmer-ball@usdoj.gov

*Counsel for Defendant*